# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**HOWARD RAY MARTIN**                                                                   **PLAINTIFF**

**v.**                          **CASE NO. 4:16-CV-00711 BSM**

**ROBERT T. SMITH, et al.**                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice with each party to bear its own fees and costs.

IT IS SO ORDERED this 27th day of March 2018.

_____
UNITED STATES DISTRICT JUDGE